UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-CIV-61937 LENARD/TURNOFF

EMILIO PINERO,

    Plaintiff,

v.

MAZEL TOV 613, INC.,

    Defendant.

_____/

### NOTICE OF SETTLEMENT

Plaintiff Emilio Pinero, by his undersigned counsel, hereby gives notice that the parties have agreed to settle the above entitled action, and will enter into a Confidential Settlement Agreement, thereby resolving the claim brought in the above referenced Action against Defendant, and will file a joint stipulation of dismissal of the above styled action with prejudice, within the next twenty-one (21) days.

Respectfully Submitted this 20th day of July, 2010

        /s/ Lauren N. Wassenberg
        Lauren N. Wassenberg, Esq.
        429 Lenox Avenue, Suite 4W23
        Miami Beach, FL 33139
        Tel. (305) 537-3723 Facsimile (305) 537-3724
        Attorney for Plaintiff Fl. Bar No. 34083

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed, and served, through the Court's CM/ECF program this 20th day of July, 2010.

      Respectfully Submitted,

/s/ Lauren Wassenberg
Lauren N. Wassenberg, Esq.
429 Lenox Avenue, Suite 4W23
Miami Beach, FL 33139
Ph. (305) 537-3723
Facsimile (305) 537-3724
Bar Code No. 0034083